

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-15-00086-CR

**IN RE** George **ROSAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

On February 19, 2015, relator filed a pro se petition for writ of mandamus and for writ of habeas corpus. The court has considered relator's petition and is of the opinion that this court lacks jurisdiction to consider some of the relief requested. Relator's petition is accordingly DISMISSED IN PART FOR LACK OF JURISDICTION. With respect to relator's remaining claims, the court has determined that relator is not entitled to the relief sought. Accordingly, the remaining claims for relief in relator's petition for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 24, 2015.

                                              PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CR5767, styled *The State of Texas v. George Rosas*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.